## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re                                )        Chapter 11
                                    )
FEDERAL-MOGUL GLOBAL, INC.,)    Case No. 01-10578-JKF
*et al.,*                            )
        Debtors,            )
                                    )
_____)

### JOINDER BY ALLIANZ VERSICHERUNGS AG; ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, FORMERLY KNOWN AS ALLIANZ INSURANCE COMPANY; AND ALLIANZ UNDERWRITERS INSURANCE COMPANY, <u>FORMERLY KNOWN AS ALLIANZ UNDERWRITERS, INC.</u>

Interested Parties, Allianz Versicherungs AG; Allianz Global Risks U.S. Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc., through their counsel — Williams and Williams LLP, and Margolis Edelstein — hereby join and incorporate herein by reference the entirety of the following documents filed with this Honorable Court on August 21, 2006:

1.     *Certain Insurers Joint Motion for Relief From the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor.* (Docket # 10273).

2.     *Certain Insurers Motion to Withdraw the Reference of Their Joint Motion for Relief From the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor.* (Docket # 10274).

3.     *Certain Insurance Companies' Motion for Determination of Core/Non-Core Status of Joint Motion For Relief From The Automatic Stay to Commence A State Court Insurance Coverage Action.* (Docket # 10275).

_____
James S. Yoder (DE 2643)
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
Tel: (302) 467-4524
Fax: (302) 467-4554
E-mail: yoderj@whiteandwilliams.com

DOCS_DE 129890v.1

And

Counsel *Pro Hac Vice*
Elit R. Felix, II, Esquire
MARGOLIS EDELSTEIN
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
Tel: (215) 931-5870
Fax: (215) 922-1772
E-mail: efelix@margolisedelstein.com

*Counsel for the Allianz Versicherungs AG; Allianz Global Risks U.S. Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc.*

DATE:    August 24, 2006