IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FEDERAL-MOGUL GLOBAL, INC., et al.,<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-10578 (JKF)<br>) Jointly Administered<br>)<br>) **Relates to Docket No. 10274** |

Hearing Date: Sept. 28, 2006 at 1:30 p.m.
Objection Deadline: Sept. 11, 2006 at 4:00 p.m.

**JOINDER OF THE CONTINENTAL INSURANCE COMPANY, FOR ITSELF AND AS SUCCESSOR IN INTEREST TO CERTAIN POLICIES ISSUED BY HARBOR INSURANCE COMPANY, IN CERTAIN INSURANCE COMPANIES' MOTION TO WITHDRAW THE REFERENCE OF THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE <u>COVERAGE ACTION</u>**

The Continental Insurance Company, for itself and as successor in interest to certain policies issued by Harbor Insurance Company ("CNA"), hereby joins in the arguments, authorities, and relief requested set forth in Certain Insurance Companies' Motion to Withdraw the Reference of Their Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action and Memorandum in support thereof filed on August 21, 2006 [Docket No. 10274] (the "Motion to Withdraw the Reference"). CNA reserves the right to join in or respond to the arguments raised by other parties in response to the Motion to Withdraw the Reference.

WHEREFORE, The Continental Insurance Company, for itself and as successor in interest to certain policies issued by Harbor Insurance Company, respectfully requests that the Court enter an order granting the Motion to Withdraw the Reference as to Certain Insurers' Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor filed on August 21, 2006 [Docket No. 10273]; and for such other and further relief as this Court deems just and proper.

CH1 11104436.1

Dated: August 24, 2006
       Wilmington, Delaware

                    Respectfully submitted,

                    /s/ Carmella P. Keener
                    Carmella P. Keener
                    ROSENTHAL, MONHAIT & GODDESS, P.A.
                    919 North Market Street, Suite 1401
                    P.O. Box 1070
                    Wilmington, Delaware 19801
                    Telephone: 302-656-4433
                    Facsimile: 302-658-7567
                    ckeener@rmgglaw.com

                    -and-

                    David C. Christian II
                    William J. Factor
                    SEYFARTH SHAW LLP
                    131 South Dearborn Street, Suite 2400
                    Chicago, Illinois 60603-5577
                    Telephone: 312-460-5000
                    Facsimile: 312-460-7000

                    -and-

                    Steven M. Crane
                    BERKES CRANE ROBINSON & SEAL LLP
                    515 South Figueroa Street, Suite 1500
                    Los Angeles, California 90071
                    Telephone: 213-955-1150
                    Facsimile: 213-955-1155

                    ATTORNEYS FOR THE CONTINENTAL
                    INSURANCE COMPANY, FOR ITSELF AND AS
                    SUCCESSOR IN INTEREST TO CERTAIN
                    POLICIES ISSUED BY HARBOR INSURANCE
                    COMPANY

CH1 11104436.1