# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FEDERAL-MOGUL GLOBAL, INC., | ) | Case No. 01-10578 (RTL) |
| *et al*., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |

## JOINDER IN CERTAIN INSURANCE COMPANIES' MOTION TO WITHDRAW THE REFERENCE OF THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION

American International Underwriters Insurance Company; American Home Assurance Company; Birmingham Fire Insurance Company of Pennsylvania; Granite State Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; and National Union Fire Insurance Company of Pittsburgh, PA, through their counsel, Cozen O'Connor, hereby join in and incorporate by reference Certain Insurance Companies' Motion to Withdraw the Reference of their Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action (Docket #10274).

Dated: August 28, 2006                COZEN O' CONNOR

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Chase Manhattan Centre
1201 N. Market Street, Ste. 1400
Wilmington, DE  19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

CHERRY_HILL\308282\1 122988.000

and

Thomas G. Wilkinson, Jr.
1900 Market Street
Philadelphia, PA  19103
Telephone: (215) 665-2000
Facsimile: (215) 701-2437

Counsel for American International Underwriters Insurance Company; American Home Assurance Company; Birmingham Fire Insurance Company of Pennsylvania; Granite State Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; and National Union Fire Insurance Company of Pittsburgh, PA.