UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| FEDERAL–MOGUL GLOBAL, INC., *et al.* | ) Case No. 01-10578(JKF) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) **Relates to Docket No. 10274** <br> ) <br> ) **Hearing Date: Sept. 28, 2006 at 1:30 p.m.** <br> ) **Objection Deadline: Sept. 11, 2006 at 4:00 p.m.** <br> ) |

**MOUNT MCKINLEY INSURANCE COMPANY'S AND EVEREST
REINSURANCE COMPANY'S JOINDER IN CERTAIN INSURANCE
COMPANIES' MOTION TO WITHDRAW THE REFERENCE WITH RESPECT
TO THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION**

Mount McKinley Insurance Company and Everest Reinsurance Company file this joinder and incorporate and adopt the arguments asserted by Certain Insurance Companies in their Motion Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011 for an Order Withdrawing the Reference with respect to a Joint Motion for Relief from the Automatic Stay.

Respectfully submitted,

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew, Esq. (DE No. 4072)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013

John J. Dwyer, Esq.
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Dated: August 28, 2006