UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FEDERAL–MOGUL GLOBAL, INC., *et al.* ) | Case No. 01-10578(JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Relates to Docket No. 10274** |
| ) | |
| ) | Hearing Date: Sept. 28, 2006 at 1:30 p.m. |
| ) | Objection Deadline: Sept. 11, 2006 at 4:00 p.m. |

### FEDERAL INSURANCE COMPANY'S JOINDER IN CERTAIN INSURANCE COMPANIES' MOTION TO WITHDRAW THE REFERENCE WITH RESPECT TO THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION

Federal Insurance Company file this joinder and incorporates and adopts the arguments asserted by Certain Insurance Companies in their Motion Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011 for an Order Withdrawing the Reference with Respect to a Joint Motion for Relief from the Automatic Stay.

Respectfully submitted,

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew, Esq. (DE No. 4072)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013

John J. Dwyer, Esq.
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Dated: August 28, 2006