UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FEDERAL–MOGUL GLOBAL, INC., *et al.* ) | Case No. 01-10578(JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Relates to Docket No. 10274** |
| ) | |
| ) | Hearing Date: Sept. 28, 2006 at 1:30 p.m. |
| ) | Objection Deadline: Sept. 11, 2006 at 4:00 p.m. |

### ATLANTA INTERNATIONAL INSURANCE COMPANY'S (F/K/A DRAKE INSURANCE COMPANY OF NEW YORK) JOINDER IN CERTAIN INSURANCE COMPANIES' MOTION TO WITHDRAW THE REFERENCE WITH RESPECT TO THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION

Atlanta International Insurance Company (f/k/a Drake Insurance Company of New York) (hereinafter "Atlanta") files this joinder and incorporates and adopt the arguments asserted by Certain Insurance Companies in their Motion Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011 for an Order Withdrawing the Reference with respect to a Joint Motion for Relief from the Automatic Stay.

Dated: August 31, 2006

COZEN O'CONNOR

_____
Sean J. Bellew, Esq. (DE No. 4072)
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013

Nancy Portney, Esq.
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 832-8350
Facsimile: (610) 941-0711

Counsel to Atlanta International Insurance Company (f/k/a Drake Insurance Company of New York)