IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, | ) | Case No. 01-10578-JKF |
| | ) | |
| Confirmed Debtor. | ) | |
| | ) | |

## JOINDER OF EVANSTON INSURANCE COMPANY

Evanston Insurance Company, through their counsel Traub Eglin Lieberman Straus LLP and Jaspan Schlesinger Hoffman LLP, hereby join and incorporate herein by reference the entirety of the following documents filed with this Court on August 21, 2006:

1. *Certain Insurers Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor (D.I. No. 10273);*

2. *Certain Insurers Motion to Withdraw the Reference of Their Joint Motion for Relief from the Automatic Stay to Commence a State Court Action Against Debtor (D.I. No. 10274); and*

3. *Certain Insurance Companies' Motion for Determination of Core/Non-Core Status of Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action (D.I. No. 10275).*

Dated: September 1, 2006

Respectfully submitted,

JASPAN SCHLESINGER HOFFMAN LLP

By: /s/ Laurie S. Polleck
Laurie S. Polleck (#4300)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8005

17617

2

and

Robert P. Siegel
TRAUB EGLIN LIEBERMAN STRAUS LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
(914) 347-2600

Counsel to Defendant Evanston Insurance Company