IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL, INC., et al. | ) | Case No. 01-10578-JKF |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**JOINDER OF EMPLOYERS MUTUAL CASUALTY COMPANY IN CERTAIN DEFENDANT INSURANCE COMPANIES' MOTIONS**

Employers Mutual Casualty Company, through its counsel, Willman & Arnold, LLP and Kent & McBride PC, hereby join and incorporate herein by reference the entirety of the following documents filed with this Honorable Court on August 21, 2006:

1.   *Certain Insurers Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor (Docket # 10273).*

2.   *Certain Insurers Motion to Withdraw the Reference of Their Joint Motion for Relief From the Automatic Stay to Commence Sate Court Insurance Coverage Action Against Debtor (Docket # 10274).*

3.   *Certain Insurance Companies' Motion for Determination of Core/Non-Core Status of Joint Motion for Relief From the Automatic Stay to Commence A State Court Insurance Coverage Action. (Docket # 10275).*

Respectfully, submitted,

**KENT & McBRIDE, P.C.**

By   */s/ David C. Malatesta, Jr.*
David C. Malatesta, Jr., Esq. (ID. # 3755)
1105 Market Street, 5th Floor, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 777-5477
Facsimile: (302) 777-7712
dmalatesta@kentmcbride.com
Attorney for Defendant,
Employers Mutual Casualty Company

- and -

                                                                                  R. Kenneth Willman, Esq.  
                                                                                  Michael A. Katz, Esq.  
                                                                                  **WILLMAN & ARNOLD LLP**  
                                                                                  705 McKnight Park Drive  
                                                                                  Pittsburgh, PA 15237  
                                                                                  Telephone (412) 366 - 3333  
                                                                                  Facsimile  (412) 366 - 3462  
                                                                                  mikekatz@willmanlaw.com

Dated: September 18, 2006