IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> FEDERAL-MOGUL GLOBAL, INC., *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br> Case No. 01-10578 (JKF) <br> (Jointly Administered) <br> Relates to Docket No. 10274 <br><br> Hearing Date: TBA <br> Objection Deadline: Sept. 11, 2006 |

**JOINDER OF EUROPEAN REINSURANCE COMPANY OF ZURICH f/k/a EUROPEAN GENERAL REINSURANCE COMPANY OF ZURICH IN CERTAIN INSURANCE COMPANIES' MOTION TO WITHDRAW THE REFERENCE OF THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION AGAINST DEBTOR**

EUROPEAN REINSURANCE COMPANY OF ZURICH f/k/a EUROPEAN GENERAL REINSURANCE COMPANY OF ZURICH ("EUROPEAN GENERAL") hereby joins in the arguments, authorities, and relief requested set forth in Certain Insurance Companies' Motion to Withdraw the Reference of Their Joint Motion for Relief from the automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor and Memorandum in support thereof filed on August 21, 2006 [Docket No. 10274] (the "Motion to Withdraw the Reference"). EUROPEAN GENERAL reserves the right to join in or respond to the arguments raised by other parties in response to the Motion to Withdraw the Reference.

WHEREFORE, EUROPEAN GENERAL respectfully requests that the Court enter an order granting the Motion to Withdraw the Reference as to Certain Insurers' Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action Against Debtor filed on August 21, 2006 [Docket No. 10273]; and for such other and further relief as this Court deems just and proper.

Dated: September 18, 2006

869968v1

Respectfully submitted,

_____/s/_____
J.R. Julian
LAW OFFICE OF J.R. JULIAN
824 Market Street
P.O. Box 2171
Wilmington, DE 19899
Telephone: (302) 658-6700
Facsimile: (302) 658-6708
jrjulian@jrjulian.com

- and –

Arthur J. Liederman
MORRISON MAHONEY LLP
17 State Street, Suite 1110
New York, New York 10004
Telephone: (212) 825-1212
Facsimile: (212) 825-1313
aliederman@morrisonmahoney.com

*Attorneys for Defendant*
*EUROPEAN REINSURANCE COMPANY*
*COMPANY OF ZURICH f/k/a EUROPEAN*
*GENERAL REINSURANCE COMPANY*
*OF ZURICH*

869968v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-10578 (JKF) |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, ) | (Jointly Administered) |
| ) | Relates to Docket No. 10274 |
| Debtors. ) | |
| ) | Hearing Date: TBA |
| | Objection Deadline: Sept. 11, 2006 |

## CERTIFICATE OF SERVICE

I, J. R. Julian, hereby certify that on this 18th day of September, 2006, I served one copy of the *Joinder of European Reinsurance Company of Zurich f/k/a European General Reinsurance Company of Zurich in Certain Insurance Companies' Motion to Withdraw the Reference of their Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action against Debtor* upon the parties on the attached service list by electronic filing.

                                                                /s/
                                          J. R. JULIAN

869968v1

| | |
|---|---|
| Donald E. Seymour, Esq.<br>Michael G. Zanic, Esq.<br>John T. Waldron, III, Esq.<br>Michael J. Lynch, Esq.<br>Kay M. Brady, Esq.<br>Roberta D. Anderson, Est.<br>KIRKPATRICK & LOCKHART LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>(412) 355-6500<br>(Fax) (412) 355-6501<br><br>deseymour@kl.com<br>mzanic@kl.com<br>jwaldron@kl.com<br>mlynch@kl.com<br>kbrady@kl.com<br>randerson@kl.com<br><br>**Counsel for Dresser Industries, Inc.** | Francis A. Monaco, Jr., Esq.<br>Joseph J. Bodnar, Esq.<br>WALSH, MONZACK & MONACO P.A.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801<br>(302) 656-8162<br>(Fax) (302) 656-2769<br><br>fmonaco@walmon.com<br>jbodnar@walmon.com<br>**Counsel for Dresser Industries, Inc.** |
| Bette M. Orr, Esq.<br>Craig J. Litherland, Esq.<br>GILBERT HEINTZ & RANDOLPH LLP<br>1100 New York Avenue, N.W., 7th Fl.<br>Washington, D.C. 20005<br>(202) 772-2200<br>(Fax) (202) 772-3333<br><br>orrb@ghrdc.com<br>litherlandc@ghrdc.com<br><br>**Counsel for Debtors (Federal-Mogul Global, Inc. et al.)** | Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>PACHULSKI, STANG, ZIEHL, YOUNG & JONES<br>919 North Market Street, 16th Floor<br>P.O. Box. 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br>(Fax) (302) 652-4400<br><br>ljones@pszyj.com<br>joneill@pszyj.com<br><br>**Counsel for Federal-Mogul Products, Inc.** |
| Robert J. Keane, Esq.<br>Richard C. Milazzo, Esq.<br>Thomas J. Quinn, Esq.<br>MENDES & MOUNT LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829<br>(212) 261-8497<br>(Fax) (212) 261-8750 | John S. Spadaro, Esq.<br>MURPHY SPADARO & LANDON<br>824 Market Street, Suite 700<br>Wilmington, DE 19899<br>(302) 654-4600<br>(Fax) (302) 654-4775<br><br>jspadaro@msllaw.com |

869968v1

| | |
|---|---|
| robert.keane@mendes.com<br>richard.milazzo@Mendes.com<br>thomas.quinn@Mendes.com<br><br>**Counsel for Certain Underwriters at Lloyd's London, INSCO, Ltd. & Providence Washington Insurance Company** | **Counsel for Certain Underwriters at Lloyd's London, First State Insurance Company, Hartford Accident and Indemnity Company, The Home Insurance Company, INSCO, Ltd., New England Insurance Company, Providence Washington Insurance Company & Safety National Casualty Corporation** |
| Andrew K. Epting, Jr., Esq.<br>Sean K. Trundy, Esq.<br>PRATT-THOMAS, EPTING & WALKER, P.A.<br>16 Charlotte Street (29403)<br>P.O. Drawer 22247<br>Charleston, S.C. 29143-2247<br>(843) 727-2200<br>(Fax) (843) 727-2238<br><br>ake@wiselaw.com<br>skt@wiselaw.com<br><br>**Counsel for Safety National Casualty Corporation** | Patrick F. Hofer, Esq.<br>Edward B. Parks, II, Esq.<br>HOGAN & HARTSON LLP<br>555 13th Street, NW<br>Washington, DC 20004<br>(202) 637-5600<br>(Fax) (202) 637-9510<br><br>PFHofer@Hhlaw.com<br>Ebparks@hhlaw.com<br><br>**Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and New England Insurance Company** |
| Stefano Calogero, Esq.<br>CUYLER BURK LLP<br>Parsippany Corporate Center, Four Century Drive<br>Parsippany, New Jersey 07054<br>(973)734-3200<br>(Fax) (973) 734-3201<br><br>scalogero@cuyler.com<br><br>**Counsel for Allstate Insurance Company** | Robert John Katzenstein, Esq.<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 Delaware Avenue, P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>(Fax) (302) 652-8405<br><br>rjk@skfdelaware.com<br><br>**Counsel for Allstate Insurance Company** |
| John E. Rodewald, Esq.<br>Robert J. Bates, Jr., Esq.<br>BATES & CAREY<br>333 W. Wacker Drive, Suite 900<br>Chicago, IL 60606<br>(312) 762-3100<br>(Fax) (312) 762-3200<br><br>jrodewald@batescarey.com | David C. Malatesta, Jr., Esq.<br>Brian J. Chapman, Esq.<br>KENT & MCBRIDE PC<br>1105 Market Street, Suite 500<br>Wilmington, DE 19801<br>(302) 777-5477<br>(Fax) (302) 777-7712<br><br>dmalatesta@kentmcbride-de.com |

869968v1

| | |
|---|---|
| rbates@batescarey.com<br><br>**Counsel for American Re-Insurance Company & Executive Risk Indemnity, Inc.** | bchapman@kentmcbride-de.com<br><br>**Counsel for Northwestern National Insurance Company, American Re-Insurance Company & Executive Risk Indemnity, Inc as well as Employers Mutual Casualty Company & Highlands Insurance Company** |
| Katherine L. Billingham, Esq.<br>7985 Washington Woods Drive<br>Centerville, Ohio 45459<br>(937) 435-2288<br>(Fax) (937) 433-4120 (f)<br><br>katherineb@ameritech.net<br><br>**Counsel for Northwestern National Insurance Company** | R. Kenneth Willman, Esq.<br>Valerie M. LaBella, Esq.<br>Emily Dimperio, Esq.<br>Josh Goldberg, Esq.<br><u>WILLMAN & ARNOLD LLP</u><br>705 McKnight Park Drive, Suite 705-708<br>Pittsburgh, Pennsylvania 15237<br>(412) 366-3333<br>(Fax) (412)366-3462<br><br>kwillman@willmanlaw.com<br>vlabella@willmanlaw.com<br>jgoldberg@willmanlaw.com<br><br>**Counsel for Employers Mutual Casualty Company & Highlands Insurance Company** |
| Mark D. Plevin, Esq.<br>David Florin, Esq.<br>Barry Parsons, Esq.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>(202) 624-2500<br>(Fax) (202) 628-5116<br><br>dflorin@crowell.com<br>mplevin@crowell.com<br>bparsons@crowell.com<br><br>**Counsel for Ace Property & Casualty Insurance Company, Central National Insurance Company of Omaha, Century Indemnity Company, Insurance Company of North America, International Insurance Company, OneBeacon America Insurance** | Brian L. Kasprzak, Esq.<br>MARKS O'NEILL O'BRIEN & COURTNEY P.C.<br>913 North Market Street<br>Wilmington, DE 19801<br>(302) 658-6538<br>(Fax) (302) 658-6537<br><br>bkasprzak@mooclaw.com<br><br>**Counsel for Ace Property & Casualty Insurance Company, Central National Insurance Company of Omaha, Century Indemnity Company, Insurance Company of North America, International Insurance Company, OneBeacon America Insurance Company, Pacific Employers Insurance Company, Republic Insurance Company, Seaton Insurance Company, Stonewall Insurance Company, St. Paul Mercury Insurance Company & U.S. Fire Insurance** |

869968v1

| | |
|---|---|
| Company, Pacific Employers Insurance Company, Republic Insurance Company, Seaton Insurance Company, Stonewall Insurance Company, St. Paul Mercury Insurance Company & U.S. Fire Insurance Company | Company |
| Steven M. Crane, Esq.<br>BERKES CRANE ROBINSON & SEAL LLP<br>515 South Figueroa Street, Suite 1500<br>Los Angeles, California 90071<br>(213) 955-1150<br>(Fax) (213) 955-1155<br><br>scrane@bcrslaw.com<br><br>**Counsel for Continental Insurance Company, Columbia Casualty Company & CNA Insurance Company** | Kevin Gross, Esq.<br>Herbert W. Mondros, Esq.<br>ROSENTHAL MONHAIT GROSS & GODDESS, PA<br>1401 Mellon Bank Center<br>Wilmington, DE 19899<br>(302) 656-4433<br>(Fax) (302) 658-7567<br><br>kgross@rmgglaw.com<br>hmondros@rmgglaw.com<br><br>**Counsel for Continental Insurance Company, Columbia Casualty Company & CNA Insurance Company** |
| | William David Sullivan, Esq.<br>ELZUFON AUSTIN REARDON TARLOV & MONDELL<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19801<br>(302) 428-3181<br>(Fax) (302) 777-7244<br><br>bsullivan@elzufon.com<br><br>**Counsel for Lumbermens Mutual Casualty Company** |
| Nancy S. Portney, Esq.<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000<br>(Fax) (215) 665-2013<br><br>nportney@cozen.com<br><br>**Counsel for AIU Insurance Company, Granite State Insurance Company, Lexington Insurance Company & National** | John J. Dwyer, Esq.<br>William P. Shelley<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000<br>(Fax) (215) 665-2013<br><br>jdwyer@cozen.com<br>wshelley@cozen.com<br><br>**Counsel for Everest Reinsurance Company,** |

869968v1

| **Union Fire Insurance Company of Pittsburgh PA** | **Federal Insurance Company & Mt. McKinley Insurance Company** |
|---|---|
| Arthur Abromowitz, Esq.<br>COZEN O'CONNOR<br>457 Haddonfield Road, Suite 300<br>Cherry Hill, NJ  08002<br><br>_____<br>(Fax) _____<br><br>aabromowitz@cozen.com<br><br>**Counsel for Atlanta International Insurance Company** | Sean J. Bellow, Esq.<br>COZEN O'CONNOR<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>(Fax) (302) 295-2013<br><br>sbellow@cozen.com<br><br>**Counsel for AIU Insurance Company, Granite State Insurance Company, Lexington Insurance Company & National Union Fire Insurance Company of Pittsburgh PA; Everest Reinsurance Company, Federal Insurance Company, & Mt. McKinley Insurance Company; Atlanta International Insurance Company** |
| Jeffrey Kaufman, Esq.<br>W. Martin Tellegen, Esq.<br>Gerald F. Ellersdorfer, Est.<br>KAUFMAN & LOGAN LLP<br>110 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>(415) _____<br>(Fax) (415) _____<br><br>jkaufman@kllaw.com<br>mtellegen@kllaw.com<br>gellersdorfer@kllaw.com<br><br>**Counsel for Fireman's Fund Insurance Company & National Surety Corporation** | Hal L. Baume, Esq.<br>Teresa M. Dorr, Esq.<br>Sheldon K. Rennie, Esq.<br>FOX ROTHSCHILD O'BRIEN & FRANKEL LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>(609) 896-3600<br>(Fax) (609) 896-1469<br><br>hbaume@frof.com<br>tdorr@frof.com<br>srennie@frof.com<br><br>**Counsel for Fireman's Fund Insurance Company and National Surety Corporation** |
| Philip R. King, Esq.<br>John K. Daly Esq.<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>(312) 474-7900<br>(Fax)(312) 474-7898 | Richard H. Cross, Jr., Esq.<br>913 Market Street, Suite 1110<br>P.O. Box 1380<br>Wilmington, DE 19801<br><br>(302) 777-4200<br>(Fax) (302) 777-4224 |

869968v1

| | |
|---|---|
| phil.king@mbtlaw.com<br>john.daly@mbtlaw.com<br><br>**Counsel for Zurich Insurance Company (Switzerland) & Zurich International (Bermuda) LTD** | rcross@crosslaw.com<br><br>**Counsel for Zurich Insurance Company (Switzerland) & Zurich International (Bermuda) LTD** |
| | Nancy Beattie, Esq.<br>LUCE FORWARD HAMILTON & SCRIPPS LLP<br>600 West Broadway, Ste. 2600<br>San Diego, CA 92101<br>(619) 699-2453<br>(Fax) (619) 645-5314<br><br>nbeattie@luce.com<br><br>**Counsel for Westport Insurance Corporation** |
| Linda A. Weaver, Esq.<br>CLAUSEN MILLER PC<br>10 S. LaSalle<br>Chicago, IL 60603<br>(312) 320-9916<br>(Fax) (312) 606-7777<br><br>lweaver@clausen.com<br><br>**Counsel for Yosemite Insurance Company** | Kevin J. Connors, Esq.<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br>1220 Market Street<br>Wilmington, DE 19899<br>(302) 552-4302<br>(302) 651-7905 (fax)<br><br>kconnors@mdwcg.com<br><br>**Counsel for Yosemite Insurance Company** |
| Wendy L. Mager, Esq.<br>Helen A. Franzese, Esq.<br>SMITH, STRATTON, WISE, HEHER & BRENNAN LLP<br>600 College Road East<br>Princeton, New Jersey 08540<br>(609) 924-6000<br>(Fax) (609) 987-6651<br><br>wmager@sswhb.com<br>hfranzese@sswhb.com<br><br>**Counsel for The Home Insurance Company** | |
| M. Paul Gorfinkel, Esq.<br>Jamie Berman, Esq. | Barbara A. Fruehauf, Esq.<br>Rawle & Henderson |

869968v1

| | |
|---|---|
| RIVKIN RADLER LLP<br>EAB Plaza<br>Uniondale, New York 11556<br>(516) 357-3000<br>(Fax) (516) 357-3333<br><br>paul.gorfinkel@rivkin.com<br>jamie.berman@rivkin.com<br><br>**Counsel for Sentry Insurance** | 300 Delaware Avenue, Suite 115<br>Wilmington, DE 19801<br>(302) _____<br>(Fax) (302) _____<br><br>bfruehauf@_____<br><br>**Counsel for Sentry Insurance** |
| Mark D. Taylor, Esq.<br>AKIN, GUMP, STRAUSS, HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036-1564<br>(202) 887-4000<br>(Fax) (202) 887-4288<br><br>mtaylor@akingump.com<br><br>**Counsel for Employers Insurance of Wausau** | Robert P. Siegel, Esq.<br>TRAUB EGLIN LIEBERMAN STRAUS, L<br>Mid-Westchester Executive Park<br>Three Skyline Drive<br>Hawthorne, NY 10532<br>(914) 347-2600<br>(Fax) (914) 347-8898<br><br>rsiegel@tels.com<br><br>**Counsel for Associated International Insurance Company & Evanston Insurance Company** |
| J.R. Julian<br>LAW OFFICE OF J.R. JULIAN, P.A.<br>824 Market Street, Suite 1001<br>P.O. Box 2171<br>Wilmington, DE 19899<br>(302) 658-6700<br>(Fax) (302) 658-6708<br><br>**Counsel for European Reinsurance Company of Zurich**<br>**Swiss Reinsurance Company** | |
| Patricia Taylor Fox, Esq.<br>SIMPSON THACHER & BARTLETT<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000<br>(Fax) (212)-455-2502<br><br>pfox@stblaw.com | Robert J. Dehney, Esq.<br>Michael G. Busenkell, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>(Fax) (302) 658-3989 |

869968v1

| | |
|---|---|
| **Counsel for Travelers Casualty and Surety Company** | rdehney@mnat.com<br>mbusenkell@mnat.com<br><br>**Counsel for Travelers Casualty and Surety Company** |
| Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq.<br>CAPLIN & DRYSDALE CHARTERED<br>399 Park Avenue, 27th Floor<br>New York, NY 10022<br>(212) 319-7125<br>(Fax) (212) 644-6755<br><br>ei@capdale.com<br>rct@capdale.com<br><br>**Counsel for Official Committee of Asbestos Claimants** | Peter Van N. Lockwood, Esq.<br>Trevor W. Swett III, Esq.<br>CAPLIN & DRYSDALE CHARTERED<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br><br>(202) 562-8065<br>(Fax) (202) 429-3301<br><br>pvnl@capdale.com<br>tws@capdale.com<br><br>**Counsel for Official Committee of Asbestos Claimants** |
| | James L. Patton, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6684<br>(Fax) (302) 571-1253<br><br>jpatton@ycst.com<br><br>**Counsel for Eric D. Green, court-appointed legal representative for future asbestos claimants** |
| Charlene D. Davis, Esq.<br>Eric Michael Sutty, Esq.<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000<br>(Fax) (302) 658-6395<br><br>cdavis@bayardfirm.com<br>esutty@bayardfirm.com | Robert B. Millner, Esq.<br>SONNENSCHEIN NATH & ROSENTHAL<br>Suite 8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 876-8000<br>(Fax) (312) 876-7934<br><br>**Counsel for the Official Committee of Unsecured Creditors** |

869968v1

| **Counsel for the Official Committee of Unsecured Creditors** | |
|---|---|
| | Kevin Brady, Esq.<br>CONNOLLY BOVE LODGE & HUTZ<br>1007 North Orange Street, 16th Floor<br>Wilmington, DE 19801<br>Tel: _____<br>Fax: _____<br>e-mail: _____ |
| James Yoder, Esq.<br>WHITE & WILLIAMS<br>824 Market Street, Suite 902<br>Wilmington, DE 19801<br>Tel: _____<br>Fax: _____<br>e-mail: _____ | John Favate, Esq.<br>HARDIN KUNDLA MCKEON POLETTO & POLIFRONI<br>673 Morris Avenue<br>Springfield, NJ 07081<br>Tel: _____<br>Fax: _____<br>e-mail: _____ |
| Mark G. Ledwin, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>3 Gannett Drive<br>White Plains, NY 10604<br>Tel: _____<br>Fax: _____<br>e-mail: _____ | David P. McClain<br>MCCLAIN, LEPPERT & MANEY, P.C.<br>Two Houston Center<br>909 Fannin, Suite 4050<br>Houston, TX 77010<br>Tel: _____<br>Fax: _____<br>e-mail: _____ |
| Peter D. Wolfson, Esq.<br>SONNENSCHEIN NATH & ROSENTHAL<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: _____<br>Fax: _____<br>e-mail | Elit R. Felix, II, Esq.<br>MARGOLIS EDELSTEIN<br>The Curtis Center, 4th Floor<br>Philadelphia, PA 19106<br>Tel: _____<br>Fax: _____<br>e-mail |
| H. Lee Godfrey, Esq.<br>Neal Manne, Esq.<br>SUSMAN GODFREY<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Tel: _____<br>Fax: _____<br>e-mail | Russell Roten, Esq.<br>Katherine Windler, Esq.<br>COUDERT BROTHERS<br>333 South Hope Street, 23rd Floor<br>Los Angeles, CA 90071<br>Tel: _____<br>Fax: _____<br>e-mail: _____ |
| John Riedl, Esq. | Moshin Khambati, Esq. |

869968v1

| | |
|---|---|
| Nancy Beattie, Esq.<br>RIEDL MCCLOSKEY & WARING<br>550 West C Street, Suite 500<br>San Diego, CA  92101<br>Tel:  _____<br>Fax:  _____<br>e-mail:  _____ | MCDERMOTT WILL & EMERY<br>227 West Monroe<br>Chicago, IL  60606<br>Tel:  _____<br>Fax:  _____<br>e-mail:  \_\_\_\_\_ |

869968v1