IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No.: 01-10578 (JHR) |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| DII INDUSTRIES, LLC (*f/k/a Dresser Industries, Inc.*), | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 01-09018 (JHR) |
| | ) | |
| FEDERAL-MOGUL PRODUCTS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF COMPAGNIE EUROPEENNE D'ASSURANCES INDUSTRIELLES IN FILINGS OF CERTAIN DEFENDANT INSURANCE COMPANIES WITH RESPECT TO THEIR: (1) MOTION TO LIFT THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE ACTION AGAINST DEBTOR AND (2) FOR ABSTENTION BY THE DISTRICT COURT WITH RESPECT TO THE ADVERSARY PROCEEDING**

Defendant Compagnie Europeenne D'Assurances Industrielles ("CEAI")**,** by its counsel, hereby joins and adopts the arguments and requests for relief set forth in the following motions and supporting memoranda filed by Certain Defendant Insurance Companies:

(a)     Certain Defendants Insurance Companies' Joint Motion to Abstain from Adversary Proceeding, filed August 21, 2006 (D.I. 785);

(b)     Certain Insurance Companies' Motion for Relief from the Automatic Stay to Commence a State Court Insurance Action Against Debtor, filed August 21, 2006 (Bankr. D.I. 10273);

(c)     Certain Insurance Companies' Motion to Withdraw the Reference of Their Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action, filed August 21, 2006 (Bankr. D.I. 10274);

(d)     Certain Insurance Companies' Motion for Determination of Core/Non-Core Status of Joint Motion for Relief from the Automatic Stay to Commence a State Court Insurance Coverage Action, filed August 21, 2006 (Bankr. D.I. 10275);

(e)     Certain Defendant Insurance Companies' Emergency Joint Motion: (i) For an Extension of Time to File Reply and Opposition Briefs and (ii) For an Expedited

Briefing Schedule, filed August, 23, 2006 (D.I. 786).

| | |
|---|---|
| Dated: October 4, 2006 | CASARINO, CHRISTMAN & SHALK, P.A.<br><br>/s/ Donald M. Ransom<br>DONALD M. RANSOM, ESQ.<br>Del. Bar ID #2626<br>800 N. King Street, Suite 200<br>P.O. Box 1276<br>Wilmington, DE 19899-1276<br>(302) 594-4500<br>(302) 594-4509 (fax)<br>Attorneys for Defendant Compagnie Europeenne D'Assurances Industrielles |

Of Counsel:
Lance J. Kalik, Esquire
David Niles, Esquire
RIKER, DANZIG, SCHERER, HYLAND, PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 079621981
(973) 538-0800
(973) 538-1984 (fax)
Lkalik@riker.com
Dniles@riker.com