UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, | Case No. 01-10578 (JKF) |
| Debtors. | (Jointly Administered) |

**CERTAIN INSURANCE COMPANIES' REQUEST FOR ORAL ARGUMENT ON THEIR MOTION TO WITHDRAW THE REFERENCE OF THEIR JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE A STATE COURT INSURANCE COVERAGE ACTION**

Pursuant to Local Bankruptcy Rule 7007-3 and/or Local District Court Rule 7.1.4, as appropriate, Certain Insurance Companies listed below request that the Court schedule oral argument on their Motion To Withdraw The Reference Of Their Joint Motion For Relief From The Automatic Stay To Commence A State Court Insurance Coverage Action (Dkt. No. 10274).

Dated: October 4, 2006                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian L. Kasprzak*
　　　　　　　　　　　　　　　　　　　　　Brian L. Kasprzak  (No. 3846)
　　　　　　　　　　　　　　　　　　　　　Donald R. Kinsley  (No. 3006)
　　　　　　　　　　　　　　　　　　　　　MARKS O'NEILL O'BRIEN & COURTNEY P.C.
　　　　　　　　　　　　　　　　　　　　　913 North Market Street
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 658-6538
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-6537

　　　　　　　　　　　　　　　　　　　　　- and -

Mark D. Plevin
David Florin
Barry M. Parsons
Leslie A. Epley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Ace Property & Casualty Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company (successor to Insurance Company Of North America) and CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; Central National Insurance Company of Omaha (for certain policies issued through Cravens Dargan & Company, Pacific Coast, As Managing General Agent); Pacific Employers Insurance Company; Insurance Company of North America; OneBeacon America Insurance Company; Seaton Insurance Company; St. Paul Mercury Insurance Company; Stonewall Insurance Company; TIG Insurance Company (solely as successor to International Insurance Company); and United States Fire Insurance Company


And on behalf of the following insurance carriers and their counsel:

Allstate Insurance Company, solely as successor to Northbrook Excess & Surplus Insurance Company; Allianz Versicherungs AG; Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.); Atlanta International Insurance Company (f/k/a Drake Insurance Company of New York); Sentry Insurance a Mutual Company as assumptive reinsurer of Great Southwest Fire Insurance Company; Westport Insurance Corporation (f/k/a Puritan Insurance Company); Employers Reinsurance Corporation; Travelers Casualty & Surety Company (as successor-in-interest to Aetna

Casualty & Surety Company); European Reinsurance Company of Zurich (f/k/a European General Reinsurance Company of Zurich); Swiss Reinsurance Company; Federal Insurance Company; Mt. McKinley Insurance Company; Everest Reinsurance Company; Fireman's Fund Insurance Company; National Surety Company; Continental Casualty Company; Columbia Casualty Company; Continental Insurance Company, for itself and as successor in interest to certain policies issued by Harbor Insurance Company; Evanston Insurance Company; Associated International Insurance Company; Northwestern National Insurance Company; and INSCO, Ltd.

2837304