## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Federal Mogul Global Inc., et al.

_____

| | | |
|---|---|---|
| Ace Property and Casualty Insurance Company, et al. | ) ) | |
| | ) | Civil Action No. 06-683 - JHR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL-MOGUL PRODUCTS, INC. | ) | |
| | ) | |
| Defendants. | ) | Bankruptcy Case No. 01-10578 |

### MOTION & ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D.Del. LR 83.5 and the attached certifications, the undersigned counsel hereby moves the admissions *pro hac vice* of Mark D. Plevin, Esquire, Leslie A. Epley, Esquire and Barry M. Parsons  to represent Ace Property & Casualty Insurance Company;  Century Indemnity Company, as successor to CCI Insurance Company (successor to Insurance Company Of North America) and CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; Central National Insurance Company of Omaha (for certain policies issued through Cravens Dargan & Company, Pacific Coast, As Managing General Agent); Pacific Employers Insurance Company; Insurance Company of North America; OneBeacon America Insurance Company; Seaton Insurance Company; St. Paul Mercury Insurance Company;  Stonewall Insurance Company; TIG Insurance Company (solely as successor to International Insurance Company);

DE070494.1

and United States Fire Insurance Company

Respectfully submitted,
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

 /s/ Brian L. Kasprzak
Brian L. Kasprzak, Esquire (No. 3846)
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
Attorney for Defendants Ace Property & Casualty
Ace Property & Casualty Insurance Company;
Century Indemnity Company, as successor to CCI
Insurance Company (successor to Insurance
Company Of North America) and CIGNA
Specialty Insurance Company f/k/a California
Union Insurance Company; Central National
Insurance Company of Omaha (for certain policies
issued through Cravens Dargan & Company,
Pacific Coast, As Managing General Agent);
Pacific Employers Insurance Company; Insurance
Company of North America; OneBeacon America
Insurance Company; Seaton Insurance Company;
St. Paul Mercury Insurance Company;  Stonewall
Insurance Company; TIG Insurance Company
(solely as successor to International Insurance
Company); and United

Dated: December 12, 2006          States Fire Insurance Company

## <u>CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia Bar, the State Bar of California, and the bars of the U.S. District Courts for the District of Columbia, Maryland, Connecticut, and the Northern District of California and the U.S. Courts of Appeals for the Third, Fifth, Sixth, Seventh, and Ninth Circuits, and that pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Mark D. Plevin
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

DATED: December 8, 2006

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the State Bar of Maryland, and the U.S. District Court for the District of Maryland and that pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Leslie A. Epley
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

DATED: December 12, 2006

{DE071839.1}

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, State Bar of Virginia, U.S. District Courts for D.C., E.D. Virginia and E.D. Kentucky and the U.S. Court of Appeals for the 4th Circuit and that pursuant to D. Del. LR 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Barry M. Parsons
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

DATED: _12-8-06_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Federal Mogul Global Inc., et al.

_____

| | | |
|---|---|---|
| Ace Property and Casualty Insurance | ) | |
| Company, et al. | ) | |
| | ) | Civil Action No. 06-683 - JHR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL-MOGUL PRODUCTS, INC. | ) | |
| | ) | |
| Defendants. | ) | Bankruptcy Case No. 01-10578 |

## CERTIFICATE OF SERVICE

I, **Brian L. Kasprzak**, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that I caused true and correct copies of the foregoing **Motion & Order for Admissions Pro Hac Vice of Mark D. Plevin, Esquire, Leslie A. Epley, Esquire and Barry M. Parsons** to be served on this date upon the following:

### _BY HAND DELIVERY_

James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Vito I. DiMiao
Parcels, Inc.
230 North Market Street
Wilmington, DE  19801

Frank Perch, Esq.
Office of the United States Trustee
844 King Street, Ste 2209
Wilmington, DE  19801

Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square, 8th Floor
P.O. Box 551
Wilmington, DE  19801

Michele C. Gott, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

DE070495.1

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE  19801

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Greg Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, 18th FlL
P.O. Box 1347
Wilmington, DE  19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801
Wilmington Trust Company
The Plaza
301 West 11th Street
Wilmington, DE  19890
Attn:  Corporate Trust Division

Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801

Laurie Selber Silverstein, Esquire
Monica Leigh Lofton, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19801

Ellen W. Slights, Esquire
Assistant United States Attorney
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Ste 400
P.O. Box 2031
Wilmington, DE  19801

Kathleen P. Makowski, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste 1410
Wilmington, DE  19801

Scott D. Cousins, Esquire
William E. Chipman, Esquire
Greenberg Traurig, LLP
1007 N. Orange Street, Ste. 1200
Wilmington, DE  19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Teresa K.D. Currier, Esquire
Daniel B. Rath, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieer & Schorling, P.C.
The Brandywine Building
1000 West Street, Ste 1410
Wilmington, DE  19801

James S. Yoder Esquire
White and Williams Ltd.
824 N. Market Street, Ste 902
Wilmington, DE  19801

Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, 18 FL.
P.O. Box 1347
Wilmington, DE  19801

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

Richard M. Beck, Esquire
James E. Huggett, Esquire
Klehr, Harrison, Harvey, Branzburg
  & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Daniel K. Hogan, Esquire
1701 Shallcross Avenue, Suite C
Wilmington, DE  19806

William F. Taylor, Jr., Esquire
Katherine L. Mayer, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899

Ms. Nancy Hunt
United States District Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE  19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Courier 19801
Wilmington, DE  19899

Barry M. Klayman, Esquire
Wolf, Block, Schorr & Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE  19801

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19899

Matthew G. Zaleski III, Esquire
Campbell & Levine
800 King Street, Ste 300
Wilmington, DE  19801

Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE  19801

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Theodore J. Taccenelli, Esquire
Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 351
Wilmington, DE 19899

Neal Levitsky, Esquire
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE  19899

John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

Joanne B. Wills, Esquire
Jennifer L. Scoliard, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

***BY REGULAR MAIL***
John S. Spadaro, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Kay M. Brady, Esquire
David E. Smith, Esquire
Kirkpatrick & Lockhart Nicholson
    Grham,  LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kenneth P. Kansa, Esquire
 SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL  60603

David M. Sherbin, Esquire
James L. Zamoyski, Esquire
Deputy General Counsel and Secretary
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI  48034

Karen A. Giannelli, Esquire
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione
One Riverfront Plaza
Newark, NJ  07102
Ann C. Kurinkas

Chase Manhattan Bank
20th Floor
270 Park Avenue
New York, NY  10017

Gregory Willard, Esquire
Bryan Cave LLP
Suite 3600
One Metropolitan Square
St. Louis, MO 63102

Paul J. Hanly, Jr., Esquire
Hanly & Conroy
112 Madison Avenue, FL 7th
New York, NY 10016-7416

National Fire Insurance Company of Hartford
Attn: Surety Claims
Continental Casualty Company
CNA Plaza
Chicago, IL 60685

The Bank of New York
Attn: Corporate Trust Administration
101 Barclay Street
Floor 21 West
New York, NY 10286

First Union National Bank
Attn: Paul Anatrella
Corporate Trust Department
401 South Tryon Street
Charlotte, NC 28202-1934-1179

Travelers Casualty & Surety Company
 of America
Attn: Mr. David M. Sasportas,
Vice President, Commercial Surety Claims
One Tower Square, Bond Claims – 3PB
Hartford, CT 06183-6014

SAFECO Insurance Company of America
Attn: Surety Claims
4333 Brooklyn Avenue, NE
Seattle, WA 98185

Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas
24th Floor
New York, NY 10020

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Craig A. Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036-4039

William Hedden, Jr.
811 Knollwood Terrace
Westfield, NJ 07090

John H. Bae, Esquire
Cadwalader, Wickersham & Taft
One World Financial Center
Conference Center
350 Park Avenue, 4th Floor
New York, NY 10022

Joseph F. Rice, Esquire
Nancy Worth Davis, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Eric D. Green
Resolutions LLC
155 Federal Street
Boston, MA  02110

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853

David Barrett, Comptroller
Marine Pollution Control Corp.
8631 W. Jefferson
Detroit, MI  48209

Coudert Brothers LLP
Attn:  Malani J. Sternstein, Esquire
The Grace Building
1114 Avenue of the Americas
New York, NY  10036

David T. Pluta
Ahlstrom U.S. Operations
c/o Ahlstrom Windsor Locks LLC
Two Elm Street
Windsor Locks, CT  06096

Robert D. Wolford
Miller, Johnson, Snell
 & Cummiskey, P.L.C.
250 Monroe Avenue N. W., Suite 800
Gran Rapids, MI  49501

ABN AMRO Trust Company
Attn:  Managing Director
8 Hill Street
St. Helier, Jersey  JE48TB

Aleksandra A. Miziolek, Esquire
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243

Scott D. Gilbert, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, N.W., Ste 700
Washington, DC  20005

Pricewaterhouse Coopers LLP
2001 Ross Avenue, Ste 1800
Dallas, TX  75201

Todd R. Snyder
Rothschild Inc.
1251 Avenue of the Americas
New York, NY  10020

Ann Julsen, Esquire
Sitrick and Company, Inc.
Suite 800
1840 Century Park East
Los Angeles, CA  90067

Brad A. Berish, Esquire
Chad H. Gottleman, Esquire
Adelman, Gettleman, Merens, Berish
& Carter, Ltd.
53 West Jackson Blvd., Ste 1050
Chicago, IL  60604

Robert B. Weiss, Esquire
Sheldon S. Toll, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Michael P. Richman, Esquire
David M. Hillman, Esquire
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY  10019

DE070495.1

Stephen D. Lerner, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Ste 3500
Cincinnati, OH  45202

Judith Elkin, Esquire
Haynes and Boone, LLP
901 Main Street, Ste 3100
Dallas, TX  75202

William P. Shelley, Esquire
John J. Dwyer, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing Road
Novato, CA  94945

Michael V. Kelley, Esquire
Robert A. Marcis Thomas
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

MMJohn Lyckman, Esquire
Legett & Platt, Incorporated
No. 1 Leggett Road
Cathage, MO  64836

Larry E. Parres, Esquire
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO  63102

Monique D. Almy, Esquire
Randall L. Hagen, Esquire
Smantha Bishop, Esquire
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD  21202-1643

Judy Eyster, Esquire
John Getchey, Esquire
Dana Commercial Credit Corp.
1801 Richards Road
Toledo, OH  43607

Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

J. Michael Debbeler, Esquire
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Gregory D. Willard, Esquire
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
St. Louis, MO  63102

Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East-5th Floor
L.B. 32
Dallas, TX  75204

Neil Subin, Esquire
8 Palm Court
Sewalls Point, FL  34996

Richard Baumfield, Esquire
Andrews & Kurth LLP
Attorneys for Aspen Advisors LLC
450 Lexington Avenue, 15th Floor
New York, NY  10017-3939

Clark R. Hammond, Esquire
Johnston Barton Proctor & Powell LLP
1901 Sixth Avenue North, Suite 2900
Birmingham, AL  35203

The Travelers Insurance Company
National Accounts
1 Tower Square-5MN
Hartford, CT  06183

Kenneth J. Cooper, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026

Clifford S. Haye, Esquire
Teachers Insurance and Annuiy
Association of America
730 Third Avenue
New York, NY  10017

Stephen S. LaPlante, Esquire
Miller, Canfield Paddock & Stone, PLC
150 W. Jefferson, Avenue, Suite 2500
Detroit, MI  48226

Paul A. Peters, Esquire
Saperston & Day, P.C.
1100 M&T Center
Three Fountain Plaza
Buffalo, NY  14203

Paul F. O'Donnell, III, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA  19102

Lazard Freres & Co. LLC
30 Rockefeller Plaza
60th Floor
New York, NY  10020

Eilentz, Goldman & Spitzer
Attn: Eric W. Sleeper, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Robert D. Drain, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

John Tishler, Esquire
Waller Lansden Dortch & Davis
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN  37219-8966

James S. Carr, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

DE070495.1

Honor S. Heath, Esquire
Senior Counsel
FleetBoston Financial
777 Main Street
Mail Stop CT EH 40220A
Hartford, CT  06115

Philip D. Anker, Esquire
Andrew J. Currie, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420

Charles J. Weiss, Esquire
Timoney, Knox, Hasson & Weand
400 Maryland Drive
P.O. Box 7544
Ft. Washington, PA  19034-7544

Aetna US Healthcare
Sherry Marrone/National Collections Dept.
930 Harvest Drive
Blue Bell, PA  19422

Jeffrey Rosenkranz, Esquire
The Delaware Bay Company, Inc.
680 Fifth Avenue
22nd Floor
New York, NY  10019

Dresdner Kleinwort Wasserstein
Troubled Assets Department
Attn: James M. Gallagher
First Vice President
1301 Avenue of the Americas
New York, NY  10019-6163

David M. Dare, Esquire
Herren, Dare & Streett
1051 N. Harrison Ave.
St. Louis, MO  63122

Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

Scott W. Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Boulevard, Suite 200
Arlington, TX  76011

Herzfeld & Rubin, P.C.
Attn: David Cohen, Esquire
40 Wall Street
54th Floor
New York, NY  10005

Christopher R. Zaetta, Esquire
Tax Division
U.S. Department of Justice
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, DC  20001

J. Craig Young, Esquire
Internal Revenue Service
Area 2
320 Federal Place, Room 509
Greensboro, NC  27401

Erich N. Durlacher, Esquire
Burr & Forman LLP
Suite 1100
171 Seventeenth Street, N.W.
Atlanta, GA  30363

Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
88 Union Avenue, Suite 1400
Memphis, TN  38103-5125

E. Katherine Wells, Esquire
Staff Counsel
South Carolina Department of
Health and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

William P. Kovacs. Esquire
General Counsel
Conseco Capital Management, Inc.
11825 North Pennsylvania Street
Carmel, IN  46032

Attn: Sean Haas
Citadel Investment Group LLC
131 Dearborn Street
Chicago, IL  60603-5506

Roger Frankel, Esquire
Swidler, Berlin, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007

Beverly H. Shideler, Esquire
IBM Corporation/BS8399
2 Lincoln Center
Oakbrook Terrace, IL 60181

Jonathon M. Yarger, Esquire
Ellen M. Kramer, Esquire
Kohrman Jackson & Krantz P.L.L.
1468 West 9th Street, Suite 705
Cleveland, OH  44113

P. Schoenfeld Asset Management, LLC
1330 Avenue of the Americas
34th Floor
New York, NY  10019

Andrew D. MacIver, Esquire
Bank One Managed Assets
1 Bank One Plaza
Mail Code IL1-0631
Chicago, IL  60670

Ric H. Huttenlocher, Esquire
Bank One
Mail Suite MI1-8074
611 Woodward Avenue
Detroit, MI  48226-8074

Joseph M. Russell, Esquire
Bank One
1 Bank One Plaza
Mail Suite IL1-0286
Chicago, IL  60070-0286

Shelby A. Jordan, Esquire
Harlin C. Womble, Jr.. Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Deirdre M. Murphy, Esquire
Vice President and General Counsel
Hollingsworth & Vose Company
112 Washington Street
E. Walpole, MA  02083

David I. Cisar, Esquire
von Briesen, Purtell & Roper, s.c.
411 East Wisconsin Venue, Suite 700
Milwaukee, WI  53202-4470

Charles W. Hurd
Johnathan C. Bolton
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010

Mr. Vince Antrieri Icahn Associates Corp.
767 Fifth Avenue
47th Floor
New York, NY  10153

Rebeca Pacholder, Esquire
R2 Investmens, LDC
c/o Amalgamted Gadget, L.P.
301 Commerce Street, Suite 2975
Fort Worth, TX  76102

Mark W. Powers, Esquire
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA  01608-1552

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924

J. David Cecil, Esquire
James F. Humphreys & Associates, L.C.
800 United Center
500 Virginia St., East
Charleston, WV  25301

Mr. Jon Bauer
Contrarian Capital Management
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Donald N. Patten, Esquire
Patten, Wornom, Hatten & Diamonstein, L.C.
Suite 300
12350 Jefferson Avenue
Newport News, VA  23602

Attn: Irena M. Goldstein, Esquire
LeBouf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019

Sarah Steinbaum, Esquire
44 W. Flagler Street, Suite 2175
Miami, FL  33130

Amanda D. Darwin, Esquire
Frank S. Hamblett, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110

Michael L. Boykins, Esquire
McDermott, Will & Emery
227 W. Monroe Street, Suite 5400
Chicago, IL  60606

Monica Y. Kim
McCutchen, Doyle, Brown & Enersen, LLP
355 S. Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106

Gary L. Barnhart, Esquire
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Christine L. Myatt, Esquire
Adams Kleemeier Hagan Hannah
 & Fouts PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402

M. Kimberly Stagg, Esquire
983 Nissan Drive
Bin 17U
Smyrna, TN  37167

Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX  77017

Christopher O'Brien, Esquire
District Tax Attorney
Office of Counsel
Building 9, Room 100
W A Harriman Campus
Albany, NY  12227

Alan B. Schaeffer
Pickrel, Schaeffer & Ebeling
2700 Kettering Tower
Dayton, OH  45423

William L. Cooper, Esquire
Attorney for Sevier County Utility
District
700 Sevier Avenue
Knoxville, TN  37920

Michael B. Fisco, Esquire
Mark G. Rabogliatti, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, Ste 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

Linda Boyle, Esquire
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Donald A. Workman, Esquire
Foley & Lardner
3000 K Street, N.W., Ste 500
Washington, DC  20007

Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL  60607

David G. Aelvoet, Esquire
Linebarger Goggan Blair Pena
  & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205

David M. Bernick, Esquire
Thomas E. Dutton, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA  19107

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Ste 300
Buffalo, NY  14202

Sal Boscia, Esquire
Key Equipment Finance
1000 S. McCaslin Boulevard
Superior, CO  80027

David A. Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce De Leon Boukevard, Ste 700
Miami, FL  33146

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208

Alan Kellman, Esquire
Maritime Asbestosis Legal Clinic, a division
of The Jazques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI  48226

Kathleen Maxwell, Esquire
Scott Pennock, Esquire
Lane Schultz, Esquire
The Dow Chemical Company
Legal Department
2030 Dow Center
Midland, MI  48674

Bureau of Employer Tax Operation
Harrisburg Bankruptcy and Compliance
Attn:  Sharon Royer
1171 South Cameron Street, Room 312
Harrisburg, PA  17104

Niraj R. Ganatra, Esquire
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

Adam M. Spence, Esquire
K. Donald Proctor, P.A.
105 W. Chesapeake Avenue, Suite 400
Towson, MD  21204

Robert F. Cusumano, Esquire
Patricia A. Taylor, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Keith F. Millhouse, Esquire
Shane, Digiuseppe & Millhouse LLP
2815 Townsgate Road,  Ste. 330
Westlake Village, CA  91361

John C. Hess, Esquire
John C. Hess, P.C.
105 Bonnabrook Drive, Ste 105
Hermitage, TN  37076

Jeffrey L. Rousseau, Esquire
Computer Sales Int'l, Inc.
9990 Old Olive Street Road, Suite 101
St. Louis, MO  63141
Lawrence LeClair, Esquire
Sayles & Evans
One West Church Street
Elmira, NY  14901

Russell D. Pollock, Esquire
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center
Suite 4000
San Francisco, CA  94111

Walter F. McArdle, Esquire
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL  35203

Ms. McDonald
Rothschild Inc.
1251 Avenue of the Americas
New York, NY  10020

Michael E. Wiles, Esquire
Richard F. Hahn, Esquire
James B. Roberts, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

James L. Ware
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

A. Dennis Terrell, Esqire
Drinker, Biddle & Shanley, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Glenn M. Reisman, Esquire
Two Corporate Drive, Ste 636
P.O. Box 861
Shelton, CT 06484

Henry DeWerth Jaffe, Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Barbara G. Billet, Esquire
State of New York
Department of Taxation
Building 9, Room 100
WA Harriman Campus
Albany, NY 12227

Russel D. Pollock
Greene Radovsky Maloney & Share LLP
Four Embarcadcro Center
Suite 4000
San Francisco, CA 94111

Alicia S. Schehr, Esquire
Jaffe, Raitt, Heuer
 & Weiss, Professional Corporation
27777 Franklin Road, Suite 2500
Southfield, MI 480-8214

S. James Wallace
Griffith McCague & Fernsler
Suite 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

The Law Offices of Peter g. Angelos, P.C.
Attn: Paul M. Matheny, Esquire
5905 Harford Road
Baltimore, MD 21214

Jonathan B. Alter, Esquire
Bingham, Dana
Stuart D. Rosen
G. Eric Brunstad, Jr.
Kate K. Simon
Bingham McCutchen LLP
One State Street
Hartford, CT 06013

Rheba Rutkowski
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Gina Baker Hantel
Attorney for Commissioner of Revenue
Legal Services
27th Floor
312 8th Avenue North
Nashville, TN 37243

Priscilla H. Douglas, Esquire
Office of the General Counsel
Amplicon, Inc.
18201 Von Karman, Suite
Irvine, CA 92612

DE070495.1

Donald A. Robinson, Esquire
Robinson & Livelli
Two Penn Plaza East
Suite 1100
Newark, NJ  07105

Elliot H. Herskowitz
Regen Captial I, Inc.
P.O. Box 626
Planetarium Station
New York, NY  10024

Costa N. Kensington
Howard D. Ressler
Michael J. Venditto
Helen J. Williamson
c/o Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10017

Nathan A. Schachtman
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA  19103

Mary A. Wells
Wells, Anderson, & Race, LLC
1700 Broadway, Suite 1020
Denver, CO  80290

Gary D. Barnes, Esquire
Husch & Eppenberger, LLC
1200 Main Street, Suite 1700
Kansas City, MO  64105

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

Oscar B. Fears, III
Assistant Attorneys General
40 Capitol Square, S.W.
Atlanta, GA  30334

Tenneco Automotive Operating Company Inc.
Anne E. Frueh, Esquire
500 North Field Drive
Lake Forest, IL  60045

Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA  70806-5720

Linda Bonner
CenturyTel
100 Century Park Drive
Monroe, LA  71203

Rod Kubat, Esquire
Nyemaster, Goode, Voigts, West, Hansell
& O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA  50309

Peggy A. Housner
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor
Treasury Building
Lasing, MI  48922

Mr. Rod Kubat
Nyemaster, Goodie, Voigts, West, Hansell, &
O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA  50309

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

DE070495.1

Scott Blakeley, Esquire
Blakeley & Blakeley LLP
2030 Main Street, Suite 540
Irvine, CA  92614

Timothy J. Curtin, Esquire
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501

Frank Parsons Inc.
4665 Hollins Ferry Rd
Attn: Monique Kauffman
Baltimore, MD  21227

Bayer Corp.
Attn: Malinda Notaro
Credit Department
100 Bayer Road
Bldg. 16
Pittsburgh, PA  15205-9741

Timothy G. Reynolds
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York,  10036-6522

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY  10152

The City of Portland
City Attorney's Office
Attn: Linda S. Law
1221 SW 4th Avenue
Room 430
Portland, Oregon  97204

William J. Barrett
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC
333 West Wacker Drive, Suite 2700
Chicago, IL  60606

Transamerica Vendor Financial Services
Corporation
5595 Trillium Blvd.
Hoffman Estates, IL  60192

Billingsly Prop
4100 Intl Pkway, Suite 1100
Carrollton, TX  75007

Timothy W. Brink, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL  60603

Leon Friedberg
Carlile Patched & Murphy LLP
366 East Broad Street
Columbus, OH  43215

Christopher R. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107

Carl Roberts
Epedx
17411 Valley Blvd
City of Industry, CA  91744

Kevin T. Lantry
Sidley Austin Brown & Wood LLP
555 West Fifth Street
Los Angeles, California 90013

Gramercy Capital Advisors, LLC
Attn: Nicholas W. Walsh
29 W. 19th St., 3rd Floor
New York, NY 10011-4232

Teachers Insurance and Annuity
Association of America
Attn: Roi G. Chandy
730 Third Avenue
New York, NY  10017

Joan G. Dorgan, Esquire
Buchanan Ingersoll, P.C.
One Oxford Centre
20th Floor
301 Grant Street
Pittsburgh, PA  15219

U.S. Bank Trust National
Association, as Indenture Trustee
Attn: Lawrence Bell
555 SW Oak Street, PL-6
Portland, OR 97204

NTN Bearing Corp. of America
Attn: Craig K. Dunn
1600 E. Bishop Court
Mt. Prospect, IL  60056

Cummins Inc.
Attn: Paul W. Malone II
500 Jackson Street
M/C 60701
Columbus, IN  47201

Leggett & Platt Aluminum Group
Attn: Steffan B. Sharkin
P.O Box 309
Fayetteville, AR  72702

Curtis V. Titus
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

Frank Ciaccio, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY  10036

Wilentz, Goldman & Spitzer
Attn: Deirde Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
Box 10
Woodbridge, NJ  07095

Julia S. Kreher
One M&T Plaza, Suite 2000
Buffalo, NY  14203

Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive
#2275
Chicago, IL  60606

Gabelli Asset Fund
c/o Gabelli Asset Management, Inc.
Attn: James E. McKee
One Corporate Center
Rye, NY  10580

John R. Russ
222 Lord Byron Lane
Williamsville, NY 14221-1999

Timothy P. Dowling
Gary, Thomasson, Hall & Marks, P.C.
615 N. Upper Broadway St., Ste. 800
Corpus Christi, TX  78477

David F. Heroy, Esquire
Bell, Boyd & Lloyd
70 West Madison St., Ste 3300
Chicago, IL  60602

Kevin Kamraczewski
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL  60606

Lawrence J. Kotler, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Georgia-Pacific Corporation
c/o Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Ruth A. Skidmore
P.O. Box 360
Grand Rapids, MI  49501-0360

Stanford Phelps, Chairman of the Board
Holly Lehto, Investment Analyst
S.N. Phelps & Co.
8 Sound Shore Drive
Greenwich, CT 06830

Stephen Gerald, Esquire
Peter Guattery, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202-1626

Hal L. Baume, Esquire
Fox Rothschild O'Brien & Frankel, LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ  08648-2311

W. Martin Tellegen, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, California 94105

William H. Short, Jr., Esquire
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC  29211

Kathe L. Corson
Michigan Department of
  Environmental Quality
Environmental Response Division
Constitution Hall
P.O. Box 30426
Lansing, MI  48909

Barbara K. Hamilton, Esquire
American Express Travel Related
SVS CO Inc Corp Card
c/o Becket & Lee LLP
P.O. Box 3001 Dept.
Malvern, PA  19355

Marvin E. Clements, Jr.
Assistant Attorney General
Office of The Attorney General
Bankruptcy and Collection Division
P.O. Box 20207
Nashville, TN  37202

Robert M. Quinn, Esquire
Carlton Fields
P.O. Box 3239
Tampa, FL  33601-3239

Daily Insights
JAF Box 3127
New York, NY  10116

Paul McDonnell - Treasurer
Attn:  Maria O'Neill
County Of Riverside
P.O. Box 12005
Riverside, CA  92502-2205

John D. Edgcomb
Law Offices of John D. Edgcomb
115 Sansome Street, Suite 805
San Francisco, CA  94104

Carole Ungvarsky
McKesson Corporation
One Post Street
San Francisco, CA  94104

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Suite 1700
San Francisco, CA  94111

Frederick D. Stehlik
Gross & Welch
2120 South 72nd Street, Suite 800
Omaha, NE  68124-2342

David E. Cherry
5 Ritchie Rd.
Waco, TX  76712

Matt Ferko
UBS Warburg LLC
677 Washington Blvd
Stamford, CT  06901

Bonnie Cantrell
359 Bert Kouns
Shreveport, LA 71106

Bart Hartman
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway
Room 162
San Diego, CA  92101

Longacre Master Fund, Ltd.
Attn: Maurie Shalmone
810 Seventh Avenue
22nd Floor
New York, NY  10019

Denise S. Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street
5th Floor
Hartford, CT  06141

Eron Energy Services
1400 Smith Street
EB 0889
Houston, TX  770022

Much Shelist Freed Deneberg
Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606

David G. Baker, Esq.
105 Union Wharf
Boston, MA  02109

Paul E. David
Wendorff, Ellison & David, LLP
630 Fourth Street
Wausau, Wisconsin  54402

Nelson Deckelbaum, Esquire
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD  20814

Douglas G. Haynam
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson
Toledo, OH  43624

David P. McClain, Esquire
Daniel F. Patchin, III, Esquire
South Tower Pennzoil Place
711 Louisiana Street, Suite 3100
Houston, Texas 77002

Virginia M. Baker
Office of Legal Services
Fifth Floor Capital Plaza Tower
Frankfort, KY 40601

Siller Wilk LLP
675 Third Avenue
New York, NY 10017

Christopher W. Parker, Esquire
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Madison Capital Management
6143 South Willow Drive, Suite 200
Greenwood Village, CO 8011

Patrick F. Hofer, Esquire
Edward B. Parks, II, Esquire
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Todd D. Lawlor, Esquire
Michael L. Martell, Esquire
Abberley Kooiman LLP
521 Fifth Avenue
New York, NY 10175

Madison Capital Management
Attn: Antonia Roberson
6310 Lamar Avenue, Suite 120
Overland Park, KS 66202

Shawn M. Christianson, Esquire
Geoffrey A. Heaton, Esquire
Buchalter, Nemer, Fields & Younger
333 Market Street
25th Floor
San Francisco, CA 94105

Andrew T. Frankel
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Stanley J. Samorajczyk
Christy L. Romero
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Robert P. Lipp
9 Aspen Court
Boyton Beach, FL 33436

 The Boles Law Firm
L. Scott Patton, Esquire
Walter C. Dunn, Esquire
1818 Avenue of America
P.O. Box 2065
Monroe, LA 71207

Russell W. Roten
Katherine M. Windler
Coudert Brothers LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA 90071

H. Lee Godfrey
Neal S. Manne
Charles R. Eskridge, III
Robert Rivera, Jr.
Jeff R. Seely
Susman Godfrey, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Schenectady International, Inc.
2750 Balltown Road
P.O. Box 1046
Schenectady, NY 12309

Gary D. Santella, Esquire
Rein F. Kramer, Esquire
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle, Suite 2500
Chicago, Illinois 60601

J. Brian McTigue
Bruce F. Rinaldi
The McTigue Law Firm
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015

Karen V. Sullivan, Esquire
Oberly, Jennings & Rhonduda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054

James T. H. Deaver, Esquire
Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman
  & Dicker, L.L.P.
150 East 42nd Street
New York, NY 10017

Greta Bunch
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzen Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Maimi, FL 33131-2336

Christopher M. Schultz
ExxonMobil Chemical Company
CORP-EMCC L1-516
13501 Katy Freeway
Houston, TX 77079

Thomas J. Quinn, Esquire
Eileen T. McCabe, Esquire
Craig D. Baron, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

Elit R. Felix, II, Esquire
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304

Duane D. Morse, Esquire
Wilmer Cutler Pickering Hale and Dorr
1600 Tysons Blvd., Suite 1000
McLean, VA 22102

Leonard P. Goldberger
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Allen E. Kraus, Esquire
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ 07101-3174

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn & Pell
750 S. Madison St.
Suite 400
Wilmington, DE   19801

***VIA AIR MAIL***

Jamie Gleave, Esquire
1 Oxford Court
Bishopsgate
Manchester M2 3WR
UNITED KINGDOM

IBM Corporation
Attn: John Mazzilli
275 Viger East
4th Floor
Montreal,  CANADA  H2X 3R7

Mark Andrews, Esquire
Denton Wilde Stpte
Five Chancery Lane
Clifford's Inn
London EC4A 1BU
UNITED KINGDOM

Mr. Kevin Poole
Curzon Insurance Ltd.
P.O. Box 34
Albert House, South Esplanade
St. Peter Port
GUERNSEY GY1 4AU

Paul Hadow, Esquire
Penningtons
Bucklesbury House
83 Cannon Street
London EC4N 8PE
ENGLAND

 /s/ Brian L. Kasprzak                    
Dated: December 12, 2006          BRIAN L. KASPRZAK (No. 3846)

DE070495.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED: Counsel's motion for admissions *pro hac vice*  is granted.


Dated: _____        _____

United States District Court  Judge