## ORDER GRANTING MOTION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Federal-Mogul Global, Inc., | : | Chapter 11 |
| T&N Limited, et al., | : | |
| | : | Case No. 06-683 (JHR) |
| Debtors. | : | (Jointly Administered |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | **ORDER** |
| | : | |

**IT IS** this 20th day of December, 2006, hereby

**ORDERED** that the motion for admission *pro hac vice* of Mark D. Plevin, Leslie A. Epley, and Barry M. Parsons is **GRANTED**.

/s/ Joseph H. Rodriguez, U.S.D.J.
JOSEPH H. RODRIGUEZ, U.S.D.J.