IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 06-00683 (JHR) |
| T&N LIMITED, et al., | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Michael W. Yurkewicz, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Edward B. Parks, II, of Hogan & Hartson, L.L.P. (the "Admittee") to represent the Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company in the above captioned action. The Admittee is admitted, practicing and in good standing in the Commonwealth of Virginia and the District of Columbia.

Dated: April 13, 2007

By: _____
Michael W. Yurkewicz (I.D. No. 4165)
KLEHR, HARRISON, HARVEY,
  BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (phone)
(302) 426-9193 (fax)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the Commonwealth of Virginia and the District of Columbia, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Edward B. Parks, II
Hogan & Hartson, L.L.P
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600

Attorneys for Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company

Motion is hereby granted.

BY THE COURT:

Date: April ___, 2007

The Honorable Joseph H. Rodriguez
United States District Court Judge